ANTHONY "T.J." QUAN                   7903
THE QK GROUP LLLC
Pacific Guardian Center-Makai Tower
733 Bishop Street, Suite 2525
Honolulu, Hawaii 96813
Phone: (808) 358-7345
Email: tjquan@qkgrouplaw.com

GEOFFREY M. WYATT          [D.C. 498650]
(*Pro Hac Vice*)
SHAY DVORETZKY             [D.C. 498527]
(*Pro Hac Vice*)
NICOLE M. CLEMINSHAW [D.C. 888314401]
(*Pro Hac Vice*)
ANDREW C. HANSON           [D.C. 888273742]
(*Pro Hac Vice*)
ZACHARY W. MARTIN          [D.C. 888304074]
(*Pro Hac Vice*)
PARKER RIDER-LONGMAID  [D.C. 1552207] (*Pro Hac Vice*)
1440 New York Avenue N.W.
Washington, D.C. 20005
Phone: (202) 371-7000
Email: geoffrey.wyatt@probonolaw.com

VANESSA WILLIAMS              [Guam 1101]
(*Pro Hac Vice*)
Law Office of Vanessa Williams P.C.
414 West Soledad Avenue, GCIC Building, Suite 500
Hagåtña, Guam 96910
Phone: (671) 477-1389

PAMELA COLON     [U.S. Virgin Islands 801]
(*Pro Hac Vice*)
Law Offices of Pamela Lynn Colon, LLC
27 & 28 King Cross Street, First Floor
Christiansted, Saint Croix, Virgin Islands 00820
Phone: (340) 719-7100

Attorneys for Plaintiffs
VICENTE TOPASNA BORJA,

EDMUND FREDERICK SCHROEDER, JR.,
RAVINDER SINGH NAGI,
PATRICIA ARROYO RODRIGUEZ,
LAURA CASTILLO NAGI, and
EQUALLY AMERICAN

CLARE E. CONNORS            7936
Attorney General

PATRICIA OHARA              3124
LORI N. TANIGAWA            8396
Deputy Attorneys General
Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-0618
Fax: (808) 586-1372
E-mail: lori.n.tanigawa@hawaii.gov

Attorneys for Defendant
SCOTT NAGO, in his official capacity as
Chief Election Officer for the Hawaii Office of Elections

STEPHEN M. PEZZI
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

Attorney for Federal Defendants
UNITED STATES OF AMERICA;
LLOYD J. AUSTIN III, in his official capacity
 as Secretary of Defense; FEDERAL
VOTING ASSISTANCE PROGRAM; and
DAVID BEIRNE, in his official capacity as
Director of the Federal Voting Assistance Program

DEPARTMENT OF THE CORPORATION COUNSEL
DANA M.O. VIOLA    6095-0
Corporation Counsel
ROBERT M. KOHN    6291-0
ERNEST H. NOMURA  4829-0
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
Telephone: (808) 768-5129, 5120
Facsimile: (808) 768-5105
Email: robert.kohn@honolulu.gov
enomura@honolulu.gov

Attorneys for Defendant
GLEN TAKAHASHI, in his capacity as
Clerk of the City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENTE TOPASNA BORJA, EDMUND FREDERICK SCHROEDER, JR., RAVINDER SINGH NAGI, PATRICIA ARROYO RODRIGUEZ, LAURA CASTILLO NAGI, and EQUALLY AMERICAN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SCOTT NAGO, in his official capacity as Chief Election Officer for the Hawaii Office of Elections,<br><br>*(caption continued to next page)* | CIVIL NO. 20-00433 JAO-RT<br><br>JOINT STIPULATION FOR THE INCORPORATION OF STIPULATED FACTS INTO THE RECORD |

| | |
|---|---|
| GLEN TAKAHASHI, in his official capacity as Clerk of the City and County of Honolulu,<br><br>UNITED STATES OF AMERICA,<br><br>LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense,<br><br>FEDERAL VOTING ASSISTANCE PROGRAM, and<br><br>DAVID BEIRNE, in his official capacity as Director of the Federal Voting Assistance Program ,<br><br>Defendants. | Judge:  Honorable Jill A. Otake |

JOINT STIPULATION FOR THE
INCORPORATION OF STIPULATED FACTS INTO THE RECORD

Pursuant to Local Rules 16.4(b)(4) and 10.5 of the Local Rules of Practice for the United States District Court for the District of Hawaii, the parties, by and through their undersigned counsel, have conferred in good faith and hereby stipulate that the following facts ("Stipulated Facts") are true for purposes of any motion, hearing, or trial in this case and any appeal thereafter, and, upon approval by the Court, may be incorporated into the trial record without the necessity of supporting testimony or exhibits.

For purposes of the Stipulated Facts, the "Individual Plaintiffs" mean Plaintiffs Vicente Topasna Borja, Edmund Frederick Schroeder, Jr., Ravinder Sighn Nagi, Patricia Arroyo Rodriguez, and Laura Castillo Nagi.

The Stipulated Facts are as follows:

1. The Individual Plaintiffs are not and do not claim to be current residents of the State of Hawaii.

2. The Individual Plaintiffs are not and do not claim to be currently registered to vote in the State of Hawaii.

3. The Individual Plaintiffs did not apply to register to vote absentee pursuant to the Uniform Military and Overseas Voters Act ("UMOVA"), Hawaii Revised Statutes ("HRS") Chapter 15D, or the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA"), now codified in 52 U.S.C. Chapter 203, prior to filing the instant action.

4. The Individual Plaintiffs did not request an absentee ballot under either UMOVA or UOCAVA prior to filing the instant action.

5. The Individual Plaintiffs are not "overseas voters" as defined by HRS § 15D-2.

6. The Individual Plaintiffs are not "covered voters" as defined by HRS § 15D-2.

2

7. The Individual Plaintiffs are not "absent uniformed services voters" as defined by 52 U.S.C. § 20310(1).

8. The Individual Plaintiffs are not "overseas voters" as defined by 52 U.S.C. § 20310(5).

9. Plaintiff Vicente Topasna Borja is a resident of Santa Rita, Guam and is registered to vote in Guam. Immediately prior to moving to Guam, Mr. Borja was a resident of the State of Hawaii.

10. Plaintiff Edmund Frederick Schroeder, Jr. is a resident of Mangilao, Guam and is registered to vote in Guam. Immediately prior to moving to Guam, Mr. Schroeder was a resident of the State of Hawaii.

11. Plaintiff Ravinder Singh Nagi is a resident of St. Thomas, U.S. Virgin Islands, and is registered to vote in the U.S. Virgin Islands. Immediately prior to moving to the U.S. Virgin Islands, Mr. Nagi was a resident of the State of Hawaii.

12. Plaintiff Patricia Arroyo Rodriguez is a resident of Tumon, Guam and is registered to vote in Guam. Immediately prior to moving to Guam, Ms. Rodriguez was a resident of the State of Hawaii.

13. Plaintiff Laura Castillo Nagi is a resident of St. Thomas, U.S. Virgin Islands, and is registered to vote in the U.S. Virgin Islands. Immediately prior to moving to the U.S. Virgin Islands, Ms. Nagi was a resident of the State of Hawaii.

14. The Individual Plaintiffs seek to vote absentee in presidential and congressional elections in Hawaii.

15. The Individual Plaintiffs do not seek to vote absentee in State or local elections in Hawaii.

All appearing parties in this action have agreed to this stipulation as evidenced by their attorneys' signatures below.

/s/ Lori N. Tanigawa
LORI N. TANIGAWA
Attorney for Defendant SCOTT NAGO, in his official capacity as Chief Election Officer for the Hawaii Office of Elections

DATED: Honolulu, Hawai'i, November 15, 2021.


/s/ Geoffrey M. Wyatt
GEOFFREY M. WYATT
Attorney for Plaintiffs
RANDALL JAY REEVES, VINCENTE TOPASNA BORJA, EDMUND FREDERICK SCHROEDER, JR., RAVINDER SINGH NAGI, PATRICIA ARROYO RODRIGUEZ, LAURA CASTILLO NAGI, and EQUALLY AMERICAN

DATED: Washington, D.C., November 15, 2021.

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Attorney for Federal Defendants
UNITED STATES OF AMERICA; LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense; FEDERAL VOTING ASSISTANCE PROGRAM; and DAVID BEIRNE, in his official capacity as Director of the Federal Voting Assistance Program

DATED: Washington, D.C., November 17, 2021.


/s/ Robert M. Kohn
ROBERT M. KOHN
Attorney for GLEN TAKAHASHI, in his official capacity as Clerk of the City and County of Honolulu

DATED: Honolulu, Hawaiʻi, November 15, 2021.


APPROVED AND SO ORDERED:

Jill A. Otake
United States District Judge

_____
*Vincente Topansa Borja, et al. vs. Scott Nago, et al.*; Civil No. 20-00433 JAO-RT; Joint Stipulation for the Incorporation of Stipulated Facts into the Record

5